IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GENE CHOICE, INC. | * | |
|     Plaintiff | | |
| vs. | * | Civil Action No.: CCB-02-3670 |
| INVITROGEN CORPORATION | * | |
|     Defendant | | |

****

## RESPONSE TO MOTION

This is in response to the Order (to Show Cause) entered March 13, 2003.

The summons and complaint were served on March 10, 2003, prior to the entry of the Order referred to above and prior to the expiration of 120 days after issuance of the summons. The Return of Service has been received and will be filed with the Clerk of the Court.

Plaintiff submits that the foregoing is good cause and that the complaint should not be dismissed.

Respectfully submitted,

_____/s/_____
Jerold I. Schneider, Bar No. 11620
Piper Rudnick LLP
1200 – 19th Street, N.W.
Washington, D.C. 20036
Tel: (202) 861-3900
Fax: (202) 223-2085

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

~WASH1:3739169.v1

It is hereby certified that a copy of the foregoing will be sent by regular mail to the Defendant c/o CT Corp. where service of the summons and complaint was effected.

_____

~WASH1:3739169.v1