IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GENE CHOICE, INC.          *
        vs.                *     Case No. CCB 02CV3670
INVITROGEN CORPORATION     *
                     *******

### ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for:

INVITROGEN CORPORATION

I certify that I am admitted to practice in this court.

| March 31, 2003 | _[signature]_ |
|---|---|
| Date | Signature of Counsel |
| | Christopher M. Gerlach   26762 |
| | Print Name                Bar Number |
| | Milbank, Tweed, Hadley & McCloy LLP |
| | 1825 Eye Street, N.W., Suite 1100 |
| | Address |
| | Washington, D.C. 20006 |
| | City/State/Zip |
| | 202.835.7535   202.835.7586 |
| | Phone No.        Fax No. |