UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| GENE CHOICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> INVITROGEN CORPORATION, <br><br> Defendant. | Civil Action No. CCB 02CV3670 |
| INVITROGEN CORPORATION, a Delaware corporation, <br><br> Counterclaimant and Third-Party Plaintiff, <br><br> v. <br><br> GENE CHOICE, INC., a Maryland corporation, MICHAEL SMITH, an individual, and BRIAN SCHMIDT, an individual, <br><br> Counterclaim Defendant and Third-Party Defendants. | |

## INVITROGEN CORPORATION'S MOTION TO JOIN PARTIES

Pursuant to Rules 13(h) and 20(a) of the Federal Rules of Civil Procedure, Invitrogen Corporation ("Invitrogen") moves the Court for an Order joining Michael Smith and Brian Schmidt as counterclaim defendants. This motion is made upon the grounds that the requirements for joinder are met because Invitrogen's claims against Michael Smith and Brian Schmidt arise out of the same "transaction or occurrence" as that of the claims already at issue, and involve similar issues of law and fact. Accordingly, the interests of judicial economy will best be served by joinder.

This motion is accompanied by a memorandum of points and authorities and a proposed order, filed concurrently herewith.

DATED this **31** day of March, 2003.

Respectfully submitted,

_____
Robert J. Koch
Christopher M. Gerlach (MD 26762)
MILBANK, TWEED, HADLEY & MCCLOY LLP
International Square Building
11th Floor
1825 Eye Street, N.W.
Washington, D.C., 20006
Telephone: (202) 835-7520
Facsimile: (202) 835-7586


Francis M. Wikstrom
C. Kevin Speirs
David M. Bennion
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, Utah 84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111


Attorneys for Invitrogen Corporation