UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| GENE CHOICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INVITROGEN CORPORATION,<br><br>Defendant. | Civil Action No. CCB 02CV3670 |
| INVITROGEN CORPORATION, a Delaware corporation,<br><br>Counterclaimant and Third-Party Plaintiff,<br><br>v.<br><br>GENE CHOICE, INC., a Maryland corporation, MICHAEL SMITH, an individual, and BRIAN SCHMIDT, an individual,<br><br>Counterclaim Defendant and Third-Party Defendants. | |

## ORDER

This matter came before the undersigned Judge on Invitrogen Corporation's Motion to Join Parties, and being advised in the premises, now therefore, this _____ day of _____, 2003.

IT IS HEREBY ORDERED that Invitrogen Corporation's Motion to Join Parties is GRANTED, and Michael Smith and Brian Schmidt are joined as counterclaim defendants.

_____
United States District Court Judge