IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GENE CHOICE, INC.            *

vs.                          *       Case No. CCB 02CV3670

INVITROGEN CORPORATION       *

\*\*\*\*\*\*\*

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for:   INVITROGEN CORPORATION

I certify that I am admitted to practice in this court.

_March 27, 2003_
Date

_[signature]_
Signature of Counsel

_Einar Stole_       _26932_
Print Name          Bar Number

_Milbank, Tweed, Hadley & McCloy LLP_
Address

_1825 Eye Street, N.W., Suite 1100_
_Washington, DC   20006_
City/State/Zip

_202-835-7553_       _202-835-7586_
Phone No.            Fax No.

U.S. District Court (2/2001) Entry of Appearance