UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| GENE CHOICE, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | Civil Action CCB 02 CV 3670 |
| | : | |
| INVITROGEN CORPORATION | : | |
| | : | |
| Defendant | : | |
| | : | |
| v. | : | |
| | : | |
| GENE CHOICE, INC. | : | |
| MICHAEL SMITH and | : | |
| BRIAN SCHMIDT | : | |

**RESPONSE TO MOTION TO JOIN PARTIES**

Gene Choice, Inc., through counsel, responds to the Motion to Join Parties as follows:

1.   Gene Choice, Inc. does not object to the joinder of Michael Smith and Brian Schmidt as parties.

2.   The undersigned counsel has been authorized by Michael Smith and Brian Schmidt to accept service of the summons and Third Party Complaint on their behalf, has received a copy of the Answer to Complaint, Counterclaims & Third Party Complaint and agrees that service may be deemed to have occurred as of the date that the Court rules on the Motion to Join Parties.

Respectfully submitted,

                                                    _____
                                                    Jerold I. Schneider

Piper Rudnick LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
(202) 861-3900

Attorneys for Plaintiff

Dated: April 14, 2003