IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Gene Choice, Inc.

vs.

Invitrogen Corporation
Defendant(s)

Case No.: 1:02-CV-03670-CCB

FILED
DISTRICT COURT
OF MARYLAND

2003 APR 2  P 4: 23

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

$50.00
# 119455
✓ FEE PAID

_ FEE NOT PAID
(SEND LETTER)

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Christopher M. Gerlach, am a member in good standing of the bar of this Court. My bar number is 26762. I am moving the admission of Robert J. Koch to appear *pro hac vice* in this case as counsel for Invitrogen Corporation.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of Virginia | 9.21.72 |
| DC Court of Appeals | 2.1.99 |
| CAFC | 5.23.85 |
| Third Circuit | 9.6.90 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8. The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *(signature)* | *(signature)* |
| Signature | Signature |
| Christopher M. Gerlach | Robert J. Koch |
| Printed Name | Printed Name |
| Milbank, Tweed, Hadley & McCloy LLP | Milbank, Tweed, Hadley & McCloy LLP |
| Firm | Firm |
| 1825 Eye Street, N.W., 11th Floor Washington, DC  20006 | 1825 Eye Street, N.W., 11th Floor Washington, DC  20006 |
| Address | Address |
| 202.835.7535 | 202.835.7520 |
| Telephone Number | Telephone Number |
| 202.263.7535 | 202.263.7520 |
| Fax Number | Fax Number |

*************************************************************************

**ORDER**

☑ GRANTED    ☐ DENIED

April 28, 2003
Date

Felicia C. Cannon
Clerk, United States District Court
by: *(signature)* Catherine M. R. Scaffidi