IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Gene Choice

          Plaintiff(s)

vs.

Invitrogen Corporation

          Defendant(s)

Case No.: 1:02-cv-03670-CCB

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 APR 21 P 4:23
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

$50.00
#1194154
✓ FEE PAID
___ FEE NOT PAID
(SEND LETTER)

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Christopher M. Gerlach__, am a member in good standing of the bar of this Court. My bar number is __26762__ am moving the admission of __David M. Bennion__ to appear *pro hac vice* in this case as counsel for __Invitrogen Corporation__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Utah State Courts | 1990 |
| United States District Court, District of Utah | 1990 |
| United States Tenth Circuit Court of Appeals | 1993 |
|  |  |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.    The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.    Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.    **The $50.00 fee for admission** *pro hac vice* **is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.    The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Christopher M. Gerlach | David M. Bennion |
| Printed Name | |
| Milbank Tweed Hadley and McCloy LLP | Parsons Behle & Latimer |
| Firm | Firm |
| 1825 I St NW Ste 1100 Washington, DC 20006 | 201 South Main St. Suite 1800, SLC Utah 84111 |
| Address | Address |
| 202-835-7500 | 801-532-1234 |
| | Telephone Number |
| 202-835-7586 | 801-536-6111 |
| Fax Number | Fax Number |

**ORDER**

☑ GRANTED      ☐ DENIED

April 28, 2003      **Felicia C. Cannon**
Date      Clerk, United States District Court

By: *[signature]*