# ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 APR 2  P 4: 23

Gene Choice
_____
            **Plaintiff(s)**

vs.

Invitrogen Corporation
_____
            **Defendant(s)**

Case No.: 1:02-cv-03670-CCB
AT BALTIMORE

BY_____DEPUTY

$50.00
# 119454

✓ **FEE PAID**

**FEE NOT PAID**
(SEND LETTER)

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, **Christopher M. Gerlach**_____, am a member in good standing of the bar

of this Court. My bar number is _26762_____. I am moving the admission of

Francis M. Wikstrom_____ to appear *pro hac vice* in this case as

counsel for Invitrogen Corporation_____

We certify that:

1.     The proposed admittee is a member in good standing of the bars of the following State
Courts and/or United States Courts:

| Court | Date of Admission |
|-------|-------------------|
| Utah State Courts | 1974 |
| United States District Court, District of Utah | 1974 |
| United States Tenth Circuit Court of Appeals | 1979 |
| United States Supreme court | 1980 |

2.     During the twelve months immediately preceding this motion, the proposed admittee has
been admitted *pro hac vice* in this Court __0__ times.

3.     The proposed admittee has never been disbarred, suspended, or denied admission to
practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred,
suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a
statement fully explaining all relevant facts).

4.     The proposed admittee is familiar with the Code of Professional Responsibility, the
Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

OK
cms

of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.     The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.     Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.     **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.     The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _Signature_ | _Signature_ |
| Christopher M. Gerlach | Francis M. Wikstrom |
| Printed Name | Printed Name |
| Milbank Tweed Hadley and McCloy LLP | Parsons Behle & Latimer |
| Firm | Firm |
| 1825 I St NW Ste 1100 Washington, DC 20006 | 201 South Main St. Suite 1800, SLC Utah 84111 |
| Address | Address |
| 202-835-7500 | 801-532-1234 |
| Telephone Number | Telephone Number |
| 202-835-7586 | 801-536-6111 |
| Fax Number | Fax Number |

*************************************************************************

## ORDER

☑ GRANTED          ☐ DENIED

April 28, 2003
Date

Felicia C. Cannon
Clerk, United States District Court

By: Catherine M N Scaffidi

U.S. District Court (Rev. 03/06/2003) - Pro Hac Vice

Page 2 of 3