Case 1:02-cv-03670-CCB    Document 20    Filed 04/28/2003    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Gene Choice, Inc.     *

         Plaintiff(s)     *

vs.     *

Invitrogen Corporation     *

         Defendant(s)

******

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 APR 2  P 4: 23

Case No.: 1:02-cv-03670-CCB

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

$50.00
#1194154
✓ FEE PAID

☐ FEE NOT PAID
(SEND LETTER)

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Christopher M. Gerlach, am a member in good standing of the bar of this Court. My bar number is 26762. I am moving the admission of Kristine E. Johnson to appear *pro hac vice* in this case as counsel for Invitrogen Corporation.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Utah State Courts | 1995 |
| US District Court, District of Utah | 1995 |
| Utah Supreme Court | 1995 |
| United States Federal Circuit Court of Appeals | 2001 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

OK
cms

of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.  The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

MOVANT

_____
Signature

Christopher M. Gerlach
Printed Name

Milbank Tweed Hadley & McCloy LLP
Firm

1825 Eye Street, NW, 11th Fl.
Washington, DC 20006
Address

202-835-7500
Telephone Number

202-835-7586
Fax Number

PROPOSED ADMITTEE

_____
Signature

Kristine E. Johnson

Parsons Behle & Latimer
Firm

201 South Main St., Suite 1800, SLC Utah 84111
Address

801-532-1234
Telephone Number

801-536-6111
Fax Number

********************************************************************

**ORDER**

☑ GRANTED          ☐ DENIED

April 28, 2003
Date

Felicia C. Cannon
Clerk, United States District Court

By: _____