UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Southern Division

Y 1b    33

| | |
|---|---|
| GENE CHOICE, INC.,<br><br>Plaintiff,<br><br>v<br><br>INVITROGEN CORPORATION<br><br>Defendant | Civil Action No. CCB 02CV3670 |
| INVITROGEN CORPORATION, a<br>Delaware corporation,<br><br>Counterclaimant and Third-Party<br>Plaintiff,<br><br>v<br><br>GENE CHOICE, INC., a Maryland<br>corporation, MICHAEL SMITH, an<br>individual, and BRIAN SCHMIDT, an<br>individual,<br><br>Counterclaim Defendant and Third-<br>Party Defendants. | |

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to Rule 16 of the ederal Rules of Civil Procedure and the stipulation of the parties, the Court issues the following Scheduling Order

|   | The parties will exchange the information required by<br>Fed.R.Civ.P. 26(a)(1) by: | June 4, 2003 |
|---|---|---|
| 2 | Joint request for early settlement/ADR conference<br>(This request will not postpone discovery<br>unless otherwise ordered) | June 15, 2003 |
| 3 | Initial report whether there is unanimous consent<br>to proceed before a United States Magistrate Judge | June 15, 2003 |

| | | |
|---|---|---|
| 4. | Deadline to amend pleadings and join additional parties *and status report due ccB* | October 30, 2003 |
| 5 | Deadline to complete fact (non-expert) discovery | February 15, 2004 |
| 6. | Deadline for party with burden of proof to file expert reports pursuant to Rule of Civil Procedure 26(a)(2) | March 31, 2004 |
| 7 | Deadline for rebuttal expert reports pursuant to Rule of Civil Procedure 26(a)(2) | May 15, 2004 |
| 8 | Deadline to complete expert witness discovery *and status report due ccB* | June 30, 2004 |
| 9. | Deadline to file dispositive motions | August 1, 2004 |
| 10. | Time period within which to file responses opposing dispositive motions | 30 days |
| 11 | Time period within which to file replies in support of dispositive motions | 15 days |
| 12 | Rule 26(e) Supplementations | September 1, 2004 |
| 13. | Pretrial Conference | September, 2004 |
| 14. | Final lists of witnesses and exhibits from plaintiff pursuant to Federal Rule of Civil Procedure 26(a)(2) | September 15, 2004 |
| 15. | Final lists of witnesses and exhibits from defendant pursuant to Federal Rule of Civil Procedure 26(a)(2) | September 20, 2004 |
| 16 | Parties should have 10 days after service of final Lists of witnesses and exhibits to list objections under Rule 26(a)(3) | |

Additionally, with respect to discovery in this matter, the Court further orders as follows:

- Depositions will be limited to 10 depositions per party.

- No presumptive limits are established or in effect for the duration of depositions.

- Interrogatories will be limited to 25 interrogatories (including subparts) per party

  Requests for Admission will be limited to 50 Requests per party.

There are two earlier-filed patent cases in this Court assigned to Judge Williams (*Invitrogen Corporation v. Clontech Laboratories, Inc.* Civil Action No. AW 96-4080 and *Invitrogen*

2

*Corporation v. Stratagene Holding Corporation, et al.*, Civil Action No. AW 01-1168), two earlier-filed patent cases in the District of Delaware assigned to Judge Robinson (*Clontech Laboratories, Inc. v. Invitrogen Corporation*, Civil Action No. 98-750 SLR and *Invitrogen Corporation v. Incyte Genomics, Inc.*, Civil Action No. 01-692 SLR), and one earlier-filed patent case in the Western District of Texas assigned to Judge Sparks (*Invitrogen Corporation v. Biocrest Manufacturing, L.P. et al.*, Civil Action No. A 01 CA 167 SS) involving at least some of the patents which are in this suit. This case includes a jury demand from both sides.

The provisions of this Order may be modified by Order of the Court upon a showing of good cause.

SIGNED AND ENTERED this 16th day of May, 2003.

_____/s/_____
THE HONORABLE CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

_____/S/_____
Jerold I. Schneider
Piper Rudnick LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036

Attorney for Gene Choice, Inc.

_____/S/_____
Robert J. Koch
Christopher M. Gerlach
MILBANK, TWEED, HADLEY &
MCCLOY LLP
International Square Building
11th Floor
1825 Eye Street, N.W.
Washington, D.C., 20006
Telephone: (202) 835-7520
Facsimile: (202) 835-7586

Francis M. Wikstrom
C. Kevin Speirs
David M. Bennion
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, Utah 84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

---

Attorneys for Invitrogen Corporation