

$50 FEE PAID
#1194764
___ FEE NOT PAID
(SEND LETTER)

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

___ FILED  ___ ENTERED
___ LODGED  ___ RECEIVED

Gene Choice
_____
         Plaintiff(s)

vs.                                    Case No.: 1:02-cv-03670-CCB  MAY 1 5 2003

Invitrogen Corporation                 AT BALTIMORE
_____  *             CLERK U.S. DISTRICT COURT
         Defendant(s)                   DISTRICT OF MARYLAND
                                        NIGHT DROP BOX
                ******

## MOTION FOR ADMISSION *PRO HAC VICE*

   Christopher M. Gerlach_____, am a member in good standing of the bar

of this Court. My bar number is  26762_____  I am moving the admission of

C. Kevin Speirs_____ to appear *pro hac vice* in this case as

counsel for Invitrogen Corporation_____

   We certify that:

1.   The proposed admittee is a member in good standing of the bars of the following State
Courts and/or United States Courts:

            Court                              Date of Admission

   Utah Court of Appeals, Federal Circuit     July 1989

   U.S. District Court, District of Utah      October 1988

   Utah Supreme Court                         October 1988

2.   During the twelve months immediately preceding this motion, the proposed admittee has
been admitted *pro hac vice* in this Court  0  times.

3.   The proposed admittee has never been disbarred, suspended, or denied admission to
practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred,
suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a
statement fully explaining all relevant facts).

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the
Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules



of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.  The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Christopher M. Gerlach | /s/ C. Kevin Speirs |
| Signature | Signature |
| Christopher M. Gerlach | C. Kevin Speirs |
| Millbank Tweed Hadley & McCloy LLP | Parsons Behle & Latimer |
| Firm | Firm |
| 1825 I St. NW Ste 1100 Washington, DC 20006 | 201 South Main St. Suite 1800, SLC Utah 84111 |
| Address | Address |
| 202-835-7500 | 801-532-1234 |
| Telephone Number | Telephone Number |
| 202-835-7586 | 801-536-6111 |
| Fax Number | Fax Number |

*********************************************************************

**ORDER**

☑ GRANTED          ☐ DENIED

5-16-03                       Felicia C. Cannon
Date                          Clerk, United States District Court
                              by: /s/ Lisa Stavrou