UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| GENE CHOICE, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | Civil Action CCB 02 CV 3670 |
| | : | |
| INVITROGEN CORPORATION | : | |
| | : | |
| Defendant | : | |
| | : | |
| v. | : | |
| | : | |
| GENE CHOICE, INC. | : | |
| MICHAEL SMITH and | : | |
| BRIAN SCHMIDT | : | |

**INITIAL REPORT RE:
NON-CONSENT TO PROCEEDING BEFORE
UNITED STATES MAGISTRATE JUDGE**

Gene Choice, Inc., on behalf of all parties, responds to item 3 on the Scheduling Order to indicate that there is **no** unanimous consent to proceed before a United States Magistrate Judge.

Respectfully submitted,

_____/s/_____
Jerold I. Schneider, Bar No. 11620
Piper Rudnick LLP
1200 Nineteenth Street, N.W.
Washington, D.C.  20036
(202) 861-3900

Attorneys for Plaintiff and Third Party Defendants

Dated and electronically filed:

June 16, 2003