UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| GENE CHOICE, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action CCB 02 CV 3670 |
| | : | |
| INVITROGEN CORPORATION | : | |
| | : | |
| Defendant | : | |
| | : | |
| and related Third Party Claims | : | |

**NOTICE RE:**
**EARLY SETTLEMENT/ADR CONFERENCE**

Gene Choice, Inc., Michael Smith and Brian Schmidt respond to item 2 on the Scheduling Order as follows:

During a phone conference on June 10, Gene Choice Inc. et al, through counsel, proposed to Invitrogen's counsel use of a Magistrate Judge as a neutral for an early settlement/ADR conference under Local Rule 607.1. Opposing counsel has not yet responded on behalf of Invitrogen Corporation.

Respectfully submitted,

/s/
Jerold I. Schneider, Bar No. 11620
Piper Rudnick LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
(202) 861-3900

Attorneys for Plaintiff and Third Party Defendants

Dated and electronically filed:

June 16, 2003