UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| GENE CHOICE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>INVITROGEN CORPORATION,<br><br>    Defendant. | Civil Action No. CCB 02CV3670 |
| INVITROGEN CORPORATION, a Delaware corporation,<br><br>    Counterclaimant and Third-Party Plaintiff,<br><br>v.<br><br>GENE CHOICE, INC., a Maryland corporation, MICHAEL SMITH, an individual, and BRIAN SCHMIDT, an individual,<br><br>    Counterclaim Defendant and Third-Party Defendants. | |

## JOINT STATEMENT REGARDING EARLY SETTLEMENT/ADR CONFERENCE

Invitrogen Corporation agrees with Gene Choice's proposal to use a Magistrate Judge as a neutral for an early settlement/ADR conference under Local Rule 607.1.

Dated: June 14, 2003

_____
Robert J. Koch
Christopher M. Gerlach
Milbank, Tweed, Hadley & McCloy, LLP
International Square Building
1825 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone (202) 835-7500
Facsimile (202) 835-7586
Francis M. Wikstrom

C. Kevin Speirs
David M. Bennion
Kristine E. Johnson
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, Utah 84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

Attorneys for Invitrogen Corporation