## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**GENE CHOICE**                    *

**vs.**                            *

                                   **Civil No.: CCB 02-3670**

**INVITROGEN CORP.**               *

                            *

                          ******

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636 and Local Rules 301 and 302 of the United States

District Court for the District of Maryland, this case is hereby referred to the Honorable William

Connelly, United States Magistrate Judge for said District, for the following purpose(s):

[   ]    For all proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) by consent of the parties.

[ **X** ]    Settlement or other ADR conference.

[   ]    Hearing (if necessary) and determination of non-dispositive pretrial matters as follows:

[   ]    All discovery disputes.

[   ]    Specifically, _____
_____.

[   ]    Hearing (if necessary), proposed findings of fact, and recommendations for the disposition of a prisoner petition challenging conditions of confinement.

[   ]    Hearing (if necessary), proposed findings of fact, and recommendations for the disposition of applications for post-trial relief under 28 U.S.C. §§ 2254 and 2255 made by individuals convicted of criminal offenses.

[   ]    Hearing (if necessary), proposed findings of fact, and recommendations as to dispositive pretrial matters as follows:

U.S. District Court (Rev. 3/20/2003)

[  ]    Motions to review administrative determinations in a Social Security or related benefits case pursuant to 42 U.S.C. § 405(g).

[  ]    Specifically, _____
        _____.

[  ]    Final determination of dispositive pretrial matters pursuant to 28 U.S.C. § 636(c)*: specifically, _____
        _____.

[  ]    Service as special master in accordance with Fed. R. Civ. P. 53 (complicated issues or exceptional condition involved).

[  ]    Ordering and conducting supplementary proceedings in accordance with Md. R. Proc. 2-633.

[  ]    Reviewing a default judgment.

[  ]    Other:_____
        _____.

Date: June 20, 2003 _____            _____/S/_____
                                              Catherine C. Blake
                                              United States District Judge