**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Southern Division

GENE CHOICE, INC

    Plaintiff,

INVITROGEN CORPORATION           Civil Action CCB 02 CV 3670

    Defendant

and related Third Party Claims

$50.00
# 3392886
✓ FEE PAID
___ FEE NOT PAID
(SEND LETTER)

### MOTION FOR ADMISSION PRO HAC VICE

I, Jerold I. Schneider, am a member in good standing of the bar of this Court. My bar number is 11620. I am moving the admission of Steven B. Kelber to appear *pro hac vice* in this case as counsel for Gene Choice, Inc.

We certify that:

The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| District of Columbia (State Court) | December 18, 1981 |
| U.S. District Court for District of Columbia | February   1982 |
| U.S. Court of Appeals for the Federal Circuit | July 1, 1983 |
| U.S. Supreme Court | November 29, 1999. |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this court zero (0) times.



3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission tot he bar of this Court.

6. ~~Either~~ the undersigned movant ~~or Steven B. Kelber~~, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

Respectfully submitted,

MOVANT

_____
Jerold I. Schneider
Bar No. 11620
Piper Rudnick, LLP
1200 19th Street, N.W.
Washington, D.C. 20036
Tel: (202) 861-3900
Fax: (202) 861-3877

PROPOSED ADMITTEE

_____
Steven B. Kelber

Piper Rudnick, LLP
1200 19th Street, N.W.
Washington, D.C. 20036
Tel: (202) 861-3900
Fax: (202 861-3877

*********************************************************************

## ORDER

☑ GRANTED     ☐ DENIED

Date: July 15, 2003

Felicia C. Cannon
_____
Clerk, United States District Court

by: Catherine M.N. Scaffidi

2

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Motion for Admission Pro Hace Vice (of Steven B. Kelber) was served by first class mail, postage prepaid, this 11th day of July, 2003, upon Robert J. Koch, Esq. Milbank, Tweed, Hadley & McCloy, LLP, International Square Building, 11th Floor, 1825 Eye Street, N.W., Washington, D.C. 20006

_____
Jerold I. Schneider