UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| GENE CHOICE, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | Civil Action CCB 02 CV 3670 |
| INVITROGEN CORPORATION | : | |
| | : | |
| Defendant | : | |
| | : | |
| and related Third Party Claims | : | |
| _____ | : | |

**STIPULATION AND ORDER OF WITHDRAWAL
RE: HANAHAN U.S. PATENT No. 4,851,348**

It is hereby Stipulated, pursuant to Fed. R. Civ. P. 41 (a)(1) and Fed. R. Civ. P. 41 (c), and subject to the approval of the Court, that all claims, answers, defenses, counterclaims, third party claims, replies and/or other allegations relating to Hanahan U.S. Patent No. 4,851,348 are hereby withdrawn, without prejudice, each party to bear its own costs and attorney fees relative thereto.

/s/
Jerold I. Schneider (11620)
PIPER RUDNICK
1200 - 19th St. N.W.
Washington, D.C. 20036
202-861-3900

*Attorneys for Gene Choice, Inc.,
Michael Smith and Brian Schmidt*

        /s/
David M. Bennion (Utah State Bar No. 5664)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, Utah 84145-0898
801-532-1234

*Attorneys for Invitrogen Corporation*

(Signed by Jerold I. Schneider
with permission of David M. Bennion)

Approved and SO ORDERED this _____ day of September, 2003.

_____
Catherine C. Blake
United States District Judge