UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Southern Division

GENE CHOICE, INC

    Plaintiff,

INVITROGEN CORPORATION                   Civil Action CCB 02 CV 3670

    Defendant

and related Third Party Claims

## STIPULATION AND ORDER OF WITHDRAWAL
## RE: HANAHAN U.S. PATENT No. 4,851,348

It is hereby Stipulated, pursuant to Fed. R. Civ. P. 41 (a)(1) and Fed. R. Civ. P. 41 (c), and subject to the approval of the Court, that all claims, answers, defenses, counterclaims, third party claims, replies and/or other allegations relating to Hanahan U.S. Patent No. 4,851,348 are hereby withdrawn, without prejudice, each party to bear its own costs and attorney fees relative thereto

                                              /s/
                                Jerold I. Schneider (11620)
                                PIPER RUDNICK
                                1200 - 19th St. N.W.
                                Washington, D.C. 20036
                                202-861-3900

                                *Attorneys for Gene Choice, Inc.,*
                                *Michael Smith and Brian Schmidt*

[Stamps: FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2003 SEP -2 P 4: 2[?]; CLERK'S OFFICE AT BALTIMORE DEPUTY; RECEIVED IN THE OFFICE OF CATHERINE BLAKE 2003 UNITED STATES DISTRICT]

                    /s/
David M. Bennion (Utah State Bar No. 5664)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, Utah 84145-0898
801-532-1234

*Attorneys for Invitrogen Corporation*

(Signed by Jerold I. Schneider
with permission of David M. Bennion)

Approved and SO ORDERED this __2__ day of September, 2003.

                    /s/
Catherine C. Blake
United States District Judge