UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| GENE CHOICE, INC. | : | |
| Plaintiff, | : | |
| v. | : | Civil Action CCB 02 CV 3670 |
| INVITROGEN CORPORATION | : | |
| Defendant | : | |
| v. | : | |
| MICHAEL SMITH and BRIAN SCHMIDT | : | |
| Third Party Defendants. | : | |

## JOINT STATUS REPORT

Pursuant to the Scheduling Order, the parties provide the following Joint Status Report.

1. The claims with respect to the Hanahan patent (U.S. Pat. 4,851,348) have been withdrawn in all respects.

2. The claims with respect to the RT-minus products (four patents) have been settled. The parties are working out the final details of a proposed order in that regard.

3. What remains are the claims relating to U.S. Patent 4,981,797 and relating to misappropriation of trade secrets and breach of contract.

4. There are no amendments to the pleadings and no additional parties.

5.     Discovery is underway.  Substantial documents have been produced by each side. The parties are looking to collect any remaining documents which may be responsive to any prior request.

6.     The parties have explored and will continue to explore settlement possibilities with respect to the remaining claims.

Dated: October 30, 2003

                Respectfully submitted,

                **/s/ Jerold I. Schneider**
                Steven B. Kelber (15885)
                Jerold I. Schneider (11620)
                PIPER RUDNICK LLP
                1200 - 19th St. N.W.
                Washington, D.C. 20036
                202-861-3900

                *Attorneys for Gene Choice, Inc., et al*

Dated: October 30, 2003

                /s/ Jerold I. Schneider
                with written permission from
                C. Kevin Speirs

                Francis M. Wikstrom
                C. Kevin Speirs
                David M. Bennion
                Kristine E. Johnson
                PARSONS BEHLE & LATIMER
                201 South Main Street, Suite 1800
                Post Office Box 45898
                Salt Lake City, Utah 84145-0898
                801-532-1234

                *Attorneys for Invitrogen Corporation*