# Piper Rudnick

1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
www.piperrudnick.com

PHONE (202) 861-3900
FAX    (202) 223-2085



JEROLD I. SCHNEIDER
jerold.schneider@piperrudnick.com
PHONE (202) 861-3945
FAX (202) 861-3877

January 23, 2004

Via E-Mail Only

The Honorable Catherine C. Blake
United States District Judge
U.S. District Court for the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

Re:   Gene Choice, Inc. v. Invitrogen Corporation, Civil No. CCB 02CV3670

Dear Judge Blake:

The following is sent to you by agreement of counsel for both parties. We thank the Court for taking the time on January 21st to assist the parties in connection with this matter.

1.   The parties shall prepare a Protective Order having two levels of confidentiality. The higher level of confidentiality would be outside counsel and outside experts only. The lower level of confidentiality would be outside counsel, outside experts, Dr. Michael Smith and Mr. Brian Schmidt. The remaining terms of the Protective Order will be worked out between the parties and do not appear to be in dispute.

2.   Gene Choice, Dr. Michael Smith and Mr. Brian Schmidt shall not publicize the contents of the letter of January 16, 2004, from Invitrogen's counsel pending further Order of the Court or written agreement of Invitrogen.

3.   With respect to documents of Invitrogen relating to any of the four trade secrets identified in the January 16, 2004 letter from Invitrogen's counsel to Gene Choice's counsel, Invitrogen shall either: (a) designate documents previously produced to Gene Choice's counsel that such counsel may show to Michael Smith and/or Brian Schmidt, or (b) to the extent that Invitrogen believes that any of the previously produced documents contain any additional confidential information beyond the four trade secrets, Invitrogen shall produce redacted copies of the previously produced documents marked with new Bates numbers, which Gene Choice's counsel may show to

4133113.1

Approved
CCB USDJ 1/26/04

Hon. Catherine C. Blake
January 23, 2004
Page 2

Michael Smith and/or Brian Schmidt. To the extent that a replacement document is produced, the original document shall not be provided to Michael Smith or Brian Schmidt except upon Order of the Court or written agreement of Invitrogen.

    4.    A decision on the issue of whether Mr. Hammond shall have access to any Gene Choice confidential documents is expressly deferred. Should it be necessary to present the issue again to the Court, both parties would appreciate the opportunity to supplement their letter presentations.

    5.    Based on the representation of Invitrogen's counsel that as to documents prepared by or received by Michael Smith and/or Brian Schmidt while they were employed at Invitrogen the only documents withheld did not relate to competent cells, the Court tentatively concluded that the production of such additional documents is unwarranted. A final decision on this issue is deferred.

    6.    The parties will agree on a deposition schedule commencing approximately two weeks after the documents referred to in paragraph 3 above are produced. Counsel for Gene Choice has already provided a series of potential dates to counsel for Invitrogen.

    7.    The stay of discovery on damages is lifted.

    8.    The Court approves the extension of the following dates (which are extended by ninety (90) days) – the new dates are given below:

| Item | Date |
|---|---|
| Deadline to complete fact of discovery | May 12, 2004 |
| Deadline to submit expert report – party with burden of proof on the issue | June 30, 2004 |
| Deadline for expert rebuttal report | August 15, 2004 |
| Deadline to serve expert discovery | August 30, 2004 |
| Deadline to complete expert discovery | September 30, 2004 |
| Status Report due | September 30, 2004 |
| Deadline for dispositive motions | November 1, 2004 |
| Rule 26(e) supplementation | December 1, 2004 |
| Gene Choice witness/exhibit list | December 15, 2004 |
| Invitrogen witness/exhibit list | December 20, 2004 |
| Invitrogen objections to Gene Choice witnesses and exhibits | December 24, 2004 |
| Gene Choice objections to Invitrogen witnesses and exhibits | December 30, 2004 |

4133113.1

Hon. Catherine C. Blake<br>
January 23, 2004<br>
Page 3

9.  The conference with the Court on January 21st and this letter shall constitute the Status Report which was due by January 30, 2004.

                                                                   Respectfully submitted,

                                                                   Jerold I. Schneider<br>
                                                                   Counsel for Gene Choice, Michael Smith and Brian Schmidt

JIS/cce

APPROVED BY:

David M. Bennion<br>
Counsel for Invitrogen


/s/ Jerold Schneider for and with<br>
the consent of David M. Bennion

4133113.1