**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

<table>
<tr><td>CHAMBERS OF<br>CATHERINE C. BLAKE<br>UNITED STATES DISTRICT JUDGE</td><td>U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836</td></tr>
</table>

February 2, 2004

Jerold I. Schneider, Esquire
Piper Rudnick
1200 Nineteenth Street, N.W.
Washington, D.C.  20036-2412

David M. Bennion, Esquire
Parsons, Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84145-0898

   Re: Gene Choice, Inc. v. Invitrogen Corporation, Civil No. CCB-02-3670

Dear Counsel:

  Thank you for your confirming letter of January 23, 2004.  If it becomes necessary to renew the issue of Mr. Hammond's access to Gene Choice confidential documents, supplementation of your letter briefing will be permitted.  I will not rule on this question
without hearing further from counsel.

      Sincerely yours,

       /s/

      Catherine C. Blake
      United States District Judge