UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| GENE CHOICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INVITROGEN CORPORATION,<br><br>Defendant.<br>―――――――――――――――<br>INVITROGEN CORPORATION, a Delaware corporation,<br><br>Counterclaimant and Third-Party Plaintiff,<br><br>vs.<br><br>GENE CHOICE, INC., a Maryland corporation, MICHAEL SMITH, an individual, and BRIAN SCHMIDT, an individual,<br><br>Counterclaim Defendant and Third-Party Defendants. | Civil Action No. CCB 02CV3670 |

## STIPULATION FOR ENTRY OF ORDER OF DISMISSAL

Plaintiff Gene Choice, Inc. (collectively, "Gene Choice"), defendant Invitrogen Corporation ("Invitrogen"), and counterclaim-defendants and third-party defendants Michael Smith and Brian Schmidt ("Smith" and "Schmidt," respectively) being all parties who have appeared in this action, through counsel, stipulate as follows:

1.     Pursuant to Rule 41(a)(1)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure, the claims, answers, defenses, counterclaims, third-party claims, and replies of Gene Choice, Invitrogen, Smith, and Schmidt in this lawsuit are dismissed without prejudice;

586153.1

2. Gene Choice, Invitrogen, Smith, and Schmidt will bear their own attorneys' fees and costs incurred in connection with the prosecution and defense of this lawsuit; and

3. The Court in this case may enter an order that conforms to the terms of this Stipulation.

DATED this ___ day of April, 2004.

_____
Jerold I. Schneider
PIPER RUDNICK
1200 – 19th St. N.W.
Washington, D.C. 20036

Attorneys for Plaintiff
 Gene Choice, Inc. and
Counterclaim-Defendants
 Michael Smith and Brian Schmidt

_____
Robert J. Koch
Christopher M. Gerlach
MILBANK, TWEED, HADLEY &
 MCCLOY LLP
International Square Building
11th Floor
1825 Eye Street, N.W.
Washington, D.C., 20006

Attorneys for Defendant
 Invitrogen Corporation