UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| GENE CHOICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INVITROGEN CORPORATION,<br><br>Defendant.<br><br>INVITROGEN CORPORATION, a Delaware corporation,<br><br>Counterclaimant and Third-Party Plaintiff,<br><br>vs.<br><br>GENE CHOICE, INC., a Maryland corporation, MICHAEL SMITH, an individual, and BRIAN SCHMIDT, an individual,<br><br>Counterclaim Defendant and Third-Party Defendants. | Civil Action No. CCB 02CV3670 |

## ORDER OF DISMISSAL

Based on the Stipulation for Entry of Order of Dismissal of plaintiff Gene Choice, Inc. ("Gene Choice"), defendant Invitrogen Corporation ("Invitrogen"), and counterclaim-defendants and third-party defendants Michael Smith and Brian Schmidt ("Smith" and Schmidt," respectively), being all parties who have appeared in this action, and good cause appearing,

586153.1

IT IS ORDERED that:

1. Pursuant to Rule 41(a)(1)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure, the claims, answers, defenses, counterclaims, third-party claims, and replies of Gene Choice, Invitrogen, Smith, and Schmidt in this lawsuit are dismissed without prejudice.

2. Gene Choice, Invitrogen, Smith, and Schmidt will bear their own attorneys' fees and costs incurred in connection with the prosecution and defense of this lawsuit.

ENTERED this ___ day of _____, 2004.

BY THE COURT:

_____
HONORABLE CATHERINE C. BLAKE
U.S. District Court Judge

APPROVED AS TO FORM:

_____
Jerold I. Schneider
PIPER RUDNICK
1200 – 19th St. N.W.
Washington, D.C. 20036

Attorneys for Plaintiff Gene Choice, Inc. and
 Counterclaim-Defendants Michael Smith and Brian Schmidt

_____
Robert J. Koch
Christopher M. Gerlach
MILBANK, TWEED, HADLEY &
 MCCLOY LLP
International Square Building
11th Floor
1825 Eye Street, N.W.
Washington, D.C., 20006

Attorneys for Defendant Invitrogen Corporation

586153.1